```
 1  GLENN L. BRIGGS (SB# 174497)
    FRED L. WILKS (SB# 205403)
 2  HODEL BRIGGS WINTER LLP
    8105 Irvine Center Drive, Suite 1400
 3  Irvine, CA 92618
    Telephone: (949) 450-8040
 4  Facsimile: (949) 450-8033
    E-mail address: tkading@hbwllp.com
 5
    Attorneys for Defendant
 6  THRIFTY PAYLESS, INC. (ERRONEOUSLY SUED
    HEREIN AS "RITE AID CORPORATION")
 7
    EUGENE T. FRANKLIN (SB# 124881)
 8  FRANKLIN EMPLOYMENT LAW GROUP
    22762 Main Street
 9  Hayward, CA 94541
    Telephone: (510) 538-0969
10  Facsimile: (510) 538-6502

11  Attorneys for Plaintiff
    BEATRICE J. HEWITT
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Beatrice J. Hewitt,<br><br>  Plaintiff,<br><br>  vs.<br><br>Rite Aid Corporation, a Delaware Corporation and DOES 1-50, inclusive,<br><br>  Defendants. | CASE NO. C 06 3710 PJH<br><br>JUDGE PHYLLIS J. HAMILTON<br>COURTROOM 3<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
|---|---|

Plaintiff Beatrice J. Hewitt (hereinafter, "Plaintiff") and Defendant Thrifty Payless, Inc. (erroneously sued herein as "Rite Aid Corporation") (hereinafter, "Defendant"), through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court vacated the hearing date on Defendant's motion to dismiss, previously set for September 27, 2006, at 9:00 a.m., and ordered the

18627_1

parties to agree on a mutually acceptable hearing date following the completion of mediation;

WHEREAS, the parties have agreed to complete mediation by November 18, 2006;

WHEREAS, the parties have agreed that an extension of time of one week for Defendant to respond to the Complaint will not alter the date of any event or deadline set by Court order;

Based on the foregoing, THE PARTIES HEREBY STIPULATE, that the hearing on Defendant's motion to dismiss shall be continued to November 29, 2006, at 9:00 a.m. The deadline for Defendant to file a reply brief in support of its motion to dismiss shall be measured from the continued hearing date.

DATED: September 12, 2006      GLENN L. BRIGGS
                               FRED L. WILKS
                               HODEL BRIGGS WINTER LLP

                               By: /s/ Fred L. Wilks
                                   FRED L. WILKS

                               Attorneys for Defendant
                               THRIFTY PAYLESS, INC. (erroneously sued
                               herein as "Rite Aid Corporation")

DATED: September __, 2006      EUGENE T. FRANKLIN
                               FRANKLIN EMPLOYMENT LAW GROUP

                               By: _____
                                   EUGENE T. FRANKLIN

                               Attorneys for Plaintiff
                               BEATRICE J. HEWITT

1 parties to agree on a mutually acceptable hearing date following the completion of
2 mediation;

4 WHEREAS, the parties have agreed to complete mediation by
5 November 18, 2006;

7 WHEREAS, the parties have agreed that an extension of time of one
8 week for Defendant to respond to the Complaint will not alter the date of any event
9 or deadline set by Court order;

11 Based on the foregoing, THE PARTIES HEREBY STIPULATE, that
12 the hearing on Defendant's motion to dismiss shall be continued to November 29,
13 2006, at 9:00 a.m. The deadline for Defendant to file a reply brief in support of its
14 motion to dismiss shall be measured from the continued hearing date.

16 DATED: September __, 2006   GLENN L. BRIGGS
                                FRED L. WILKS
                                HODEL BRIGGS WINTER LLP

19                              By:_____
                                        FRED L. WILKS

20                              Attorneys for Defendant
                                THRIFTY PAYLESS, INC. (erroneously sued
21                              herein as "Rite Aid Corporation")

23 DATED: September 10, 2006   EUGENE T. FRANKLIN
                                FRANKLIN EMPLOYMENT LAW GROUP

26                              By:_____
                                        EUGENE T. FRANKLIN

27                              Attorneys for Plaintiff
                                BEATRICE J. HEWITT

18627.1                         -2-

18627_1

**ORDER**

IT IS SO ORDERED.

Dated: 9/20/06

_____
PHYLLIS J. HAMILTON
DISTRICT

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

-3-

# PROOF OF SERVICE

UNITED STATES DISTRICT COUR    )
) ss:
COUNTY OF ORANGE    )

    I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

    On **September 12, 2006**, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** on the interested parties by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Eugene T. Franklin, Esq.<br>FRANKLIN EMPLOYMENT<br>LAW GROUP<br>22762 Main Street<br>Hayward, CA 94541<br>Telephone: (510) 538-0969<br>Facsimile: (510) 538-6502 | |

☐ **VIA FACSIMILE:**

I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (949) 450-8033. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on September 12, 2006 with postage thereon fully prepaid, at Irvine, California.

☐ **VIA OVERNIGHT MAIL:**

VIA UPS: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☐ **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on September 12, 2006, at Irvine, California.

                                       **Heather Dorris**