1  GLENN L. BRIGGS (SB# 174497)
   FRED L. WILKS (SB# 205403)
2  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
3  Irvine, CA  92618
   Telephone: (949) 450-8040
4  Facsimile: (949) 450-8033
   E-mail address:  tkading@hbwllp.com
5
   Attorneys for Defendant
6  THRIFTY PAYLESS, INC. (ERRONEOUSLY SUED
   HEREIN AS "RITE AID CORPORATION")
7
   EUGENE T. FRANKLIN (SB# 124881)
8  FRANKLIN EMPLOYMENT LAW GROUP
   22762 Main Street
9  Hayward, CA 94541
   Telephone: (510) 538-0969
10 Facsimile: (510) 538-6502

11 Attorneys for Plaintiff
   BEATRICE J. HEWITT

12                       UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

| Beatrice J. Hewitt, | CASE NO. C 06 3710 PJH |
|---|---|
| Plaintiff, | JUDGE PHYLLIS J. HAMILTON COURTROOM 3 |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Rite Aid Corporation, a Delaware Corporation and DOES 1-50, inclusive, | |
| Defendants. | |

23      Plaintiff Beatrice J. Hewitt (hereinafter, "Plaintiff") and Defendant

24 Thrifty Payless, Inc. (erroneously sued herein as "Rite Aid Corporation")

25 (hereinafter, "Defendant"), through their respective counsel, hereby stipulate as

26 follows:

27

28

20660

1       WHEREAS, on November 29, 2006 the court ruled on defendant's motion to dismiss pursuant to F.R.C.P. 12(b)(6) and granted the motion in part, denied the motion in part, and granted plaintiff thirty (30) days leave to amend the complain;

      WHEREAS, the court ordered defendant to respond to the complaint within twenty (20) days after the amended complaint is filed;

      THE PARTIES HEREBY STIPULATE that the Case Management Conference currently scheduled for December 14, 2006 at 2:30 p.m. shall be continued to February 8, 2007 at 2:30 p.m. The parties shall submit a joint case management conference statement on or before February 1, 2007.

DATED: December 8, 2006    GLENN L. BRIGGS
                                     FRED L. WILKS
                                     HODEL BRIGGS WINTER LLP

By: _____
            FRED L. WILKS

Attorneys for Defendant
THRIFTY PAYLESS, INC. (erroneously sued herein as "Rite Aid Corporation")

DATED: December __, 2006    EUGENE T. FRANKLIN
                                       FRANKLIN EMPLOYMENT LAW GROUP

By: _____
            EUGENE T. FRANKLIN

Attorneys for Plaintiff
BEATRICE J. HEWITT

1  WHEREAS, the court ordered defendant to respond to the complaint
2  within twenty (20) days after the amended complaint is filed;
3  THE PARTIES HEREBY STIPULATE that the Case Management
4  Conference currently scheduled for December 14, 2006 at 2:30 p.m. shall be continued to
5  February 8, 2007 at 2:30 p.m. The parties shall submit a joint case management
6  conference statement on or before February 1, 2007.

DATED: December ___, 2006    GLENN L. BRIGGS
                             FRED L. WILKS
                             HODEL BRIGGS WINTER LLP


By: _____
        FRED L. WILKS

Attorneys for Defendant
THRIFTY PAYLESS, INC. (erroneously sued
herein as "Rite Aid Corporation")

DATED: December 8, 2006    EUGENE T. FRANKLIN
                           FRANKLIN EMPLOYMENT LAW GROUP


By: _____
        EUGENE T. FRANKLIN

Attorneys for Plaintiff
BEATRICE J. HEWITT

20660                               -2-

1                                    **ORDER**

2

3           IT IS SO ORDERED.

4

5   Dated: 12/12/06

                                          _____
                                          Judge Phyllis J. Hamilton
                                          IT IS SO ORDERED

20660                              -3-

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss: 
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **December 8, 2006**, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** on the interested parties by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Eugene T. Franklin, Esq.<br>FRANKLIN EMPLOYMENT<br>LAW GROUP<br>22762 Main Street<br>Hayward, CA 94541<br>Telephone: (510) 538-0969<br>Facsimile: (510) 538-6502 | |

☒ **VIA FACSIMILE:**

I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (949) 450-8033. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on December 8, 2006 with postage thereon fully prepaid, at Irvine, California.

☐ **VIA OVERNIGHT MAIL:**

VIA UPS: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served

☒ **FEDERAL:**

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2006, at Irvine, California.

_____
Heather Dorris