| | |
|---|---|
| 1 | GLENN L. BRIGGS (SB# 174497) |
| 2 | FRED L. WILKS (SB# 205403)<br>HODEL BRIGGS WINTER LLP |
| 3 | 8105 Irvine Center Drive, Suite 1400<br>Irvine, CA 92618 |
| 4 | Telephone: (949) 450-8040<br>Facsimile: (949) 450-8033 |
| 5 | E-mail address: tkading@hbwllp.com |

Attorneys for Defendant
THRIFTY PAYLESS, INC. (ERRONEOUSLY SUED HEREIN AS "RITE AID CORPORATION")

EUGENE T. FRANKLIN (SB# 124881)
FRANKLIN EMPLOYMENT LAW GROUP
22762 Main Street
Hayward, CA 94541
Telephone: (510) 538-0969
Facsimile: (510) 538-6502

Attorneys for Plaintiff
BEATRICE J. HEWITT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Beatrice J. Hewitt,<br><br>        Plaintiff,<br><br>vs.<br><br>Rite Aid Corporation, a Delaware Corporation and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO. C 06 3710 PJH<br><br>JUDGE PHYLLIS J. HAMILTON<br>COURTROOM 3<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING THRIFTY PAYLESS, INC. FOR DEFENDANT RITE AID CORPORATION** |
|---|---|

        Plaintiff Beatrice J. Hewitt (hereinafter, "Plaintiff") and Defendant Thrifty Payless, Inc. (erroneously sued herein as "Rite Aid Corporation") (hereinafter, "Defendant"), through their respective counsel, hereby stipulate as follows:

20630

WHEREAS, the entity that employs plaintiff Bea Hewitt is Thrifty Payless, Inc., and not defendant Rite Aid Corporation, and therefore the proper defendant in this action is Thrifty Payless, Inc.;

THE PARTIES HEREBY STIPULATE that the Thrifty Payless, Inc. shall be substituted in and shall replace Rite Aid Corporation as the defendant with respect to all claims in this action.

DATED: December 8, 2006    GLENN L. BRIGGS
                           FRED L. WILKS
                           HODEL BRIGGS WINTER LLP

                           By: _____
                                  FRED L. WILKS

                           Attorneys for Defendant
                           THRIFTY PAYLESS, INC. (erroneously sued herein as "Rite Aid Corporation")

DATED: December __, 2006   EUGENE T. FRANKLIN
                           FRANKLIN EMPLOYMENT LAW GROUP

                           By: _____
                                  EUGENE T. FRANKLIN

                           Attorneys for Plaintiff
                           BEATRICE J. HEWITT

1  THE PARTIES HEREBY STIPULATE that the Thrifty Payless, Inc. shall
2  be substituted in and shall replace Rite Aid Corporation as the defendant with respect to
3  all claims in this action.

4  DATED: December __, 2006   GLENN L. BRIGGS
                                FRED L. WILKS
                                HODEL BRIGGS WINTER LLP

7                                By:_____
                                          FRED L. WILKS

8                                Attorneys for Defendant
                                 THRIFTY PAYLESS, INC. (erroneously sued
9                                herein as "Rite Aid Corporation")

11 DATED: December _Y_, 2006   EUGENE T. FRANKLIN
                                FRANKLIN EMPLOYMENT LAW GROUP

13                               By:_____
14                                        EUGENE T. FRANKLIN

15                               Attorneys for Plaintiff
                                 BEATRICE J. HEWITT

20630                           -2-

**ORDER**

1
2
3        IT IS SO ORDERED.
4
5   Dated:  12/12/06

                                           _____
                                           PHYLLIS J. HAMILTON
                                           UNITED STATES DISTRICT JUDGE

                                           *IT IS SO ORDERED*
                                           *Judge Phyllis J. Hamilton*

20630                                    -3-

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss:
COUNTY OF ORANGE             )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **December 8, 2006**, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER SUBSTITUTING THRIFTY PAYLESS, INC. FOR DEFENDANT RITE AID CORPORATION** on the interested parties by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Eugene T. Franklin, Esq.<br>FRANKLIN EMPLOYMENT LAW GROUP<br>22762 Main Street<br>Hayward, CA 94541<br>Telephone: (510) 538-0969<br>Facsimile: (510) 538-6502 | |

☒ **VIA FACSIMILE:**

I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (949) 450-8033. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on December 8, 2006 with postage thereon fully prepaid, at Irvine, California.

☐ **VIA OVERNIGHT MAIL:**

VIA UPS: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **FEDERAL:**

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2006, at Irvine, California.

_____
Heather Dorris

PROOF OF SERVICE