1   GLENN L. BRIGGS (SB# 174497)
    FRED L. WILKS (SB# 205403)
2   HODEL BRIGGS WINTER LLP
    8105 Irvine Center Drive, Suite 1400
3   Irvine, CA 92618
    Telephone: (949) 450-8040
4   Facsimile: (949) 450-8033
    E-mail address: tkading@hbwllp.com

5
    Attorneys for Defendant
6   THRIFTY PAYLESS, INC. (ERRONEOUSLY SUED
    HEREIN AS "RITE AID CORPORATION")
7
    EUGENE T. FRANKLIN (SB# 124881)
8   FRANKLIN EMPLOYMENT LAW GROUP
    22762 Main Street
9   Hayward, CA 94541
    Telephone: (510) 538-0969
10  Facsimile: (510) 538-6502

11  Attorneys for Plaintiff
    BEATRICE J. HEWITT

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14
    Beatrice J. Hewitt,                CASE NO. C 06 3710 PJH
15
              Plaintiff,               JUDGE PHYLLIS J. HAMILTON
16                                     COURTROOM 3
        vs.
17                                     **STIPULATION AND [PROPOSED]**
    Rite Aid Corporation, a Delaware   **ORDER CONTINUING CASE**
18  Corporation and DOES 1-50,         **MANAGEMENT CONFERENCE**
    inclusive,
19
              Defendants.
20

21

22

23          Plaintiff Beatrice J. Hewitt (hereinafter, "Plaintiff") and Defendant

24  Thrifty Payless, Inc. (erroneously sued herein as "Rite Aid Corporation")

25  (hereinafter, "Defendant"), through their respective counsel, hereby stipulate as

26  follows:

27

28

    20660

1       WHEREAS, the parties are engaged in ongoing discussions about the

2 factual and legal issues presented by Plaintiff's claims and about settlement in an

3 attempt to preserve judicial and party resources;

4

5       WHEREAS, the parties wish to continue these discussions prior to

6 participating in the further case management conference currently scheduled for

7 Thursday, February 8, 2006, and the parties agree to engage in further discussions

8 in an attempt to bring the parties together in settlement;

9

10       THE PARTIES HEREBY STIPULATE that the Case Management

11 Conference currently scheduled for February 8, 2007, at 2:30 p.m. shall be

12 continued to April 5, 2007 at 2:30 p.m. The parties will submit a supplemental

13 joint case management conference statement to the court on or before March 20,

14 2007.

15

16 DATED: February 6, 2007      GLENN L. BRIGGS
                             FRED L. WILKS

17                              HODEL BRIGGS WINTER LLP

18

19                              By:_____

20                                     GLENN L. BRIGGS

                             Attorneys for Defendant

21                              THRIFTY PAYLESS, INC. (erroneously sued
                             herein as "Rite Aid Corporation")

22

23 DATED: February 6, 2007      EUGENE T. FRANKLIN

24                              FRANKLIN EMPLOYMENT LAW GROUP

25

26                              By:_____
                                   EUGENE T. FRANKLIN

27                              Attorneys for Plaintiff

28                              BEATRICE J. HEWITT



1    WHEREAS, the parties are engaged in ongoing discussions about the

2    factual and legal issues presented by Plaintiff's claims and about settlement in an

3    attempt to preserve judicial and party resources;

4

5    WHEREAS, the parties wish to continue these discussions prior to

6    participating in the further case management conference currently scheduled for

7    Thursday, February 8, 2006, and the parties agree to engage in further discussions

8    in an attempt to bring the parties together in settlement;

9

10    THE PARTIES HEREBY STIPULATE that the Case Management

11   Conference currently scheduled for February 8, 2007, at 2:30 p.m. shall be

12   continued to April 5, 2007 at 2:30 p.m. The parties will submit a supplemental

13   joint case management conference statement to the court on or before March 20,

14   2007.

15

16   DATED:  February 6, 2007        GLENN L. BRIGGS
                                     FRED L. WILKS
17                                   HODEL BRIGGS WINTER LLP

18

19                                   By: _____
                                         GLENN L. BRIGGS
20
                                     Attorneys for Defendant
21                                   THRIFTY PAYLESS, INC. (erroneously sued
                                     herein as "Rite Aid Corporation")
22

23   DATED:  February 6, 2007        EUGENE T. FRANKLIN
                                     FRANKLIN EMPLOYMENT LAW GROUP
24

25

26                                   By: _____
                                         EUGENE T. FRANKLIN
27
                                     Attorneys for Plaintiff
28                                   BEATRICE J. HEWITT

20660                                -2-

1

## ORDER

2

3           IT IS SO ORDERED.

4

5       Dated:  2/8/07  _____

6                                   PHYL[...]
                                    DISTR[...]
7

8                                   IT IS SO ORDERED.

9                                   Judge Phyllis J. Hamilton

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20660                          -3-

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                                     ) ss:

COUNTY OF ORANGE        )

     I am employed in the County of Orange, State of California.  I am over the age of 18, and not a party to the within action.  My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA  92618.

     On **February 6, 2007**, I served the foregoing document(s) described as: STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE on the interested parties by placing a true copy thereof in a sealed envelope(s) addressed as follows:

Eugene T. Franklin, Esq.
Franklin Employment Law Group
22762 Main Street
Hayward, CA  94541
Email: gfranklin3@sbcglobal.net
Telephone: (510) 538-0969
Facsimile:  (510) 538-6502

☐   **VIA ELECTRONIC MAIL:**

Pursuant to C.R.C. 2060, I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error.  My email address is hdorris@hbwllp.com.

☐   **VIA FACSIMILE:**

I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court.  The telephone number of the sending facsimile machine was (949) 450-8033.  The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list.  A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒   **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on February 6, 2007 with postage thereon fully prepaid, at Irvine, California.

☒   **FEDERAL:**

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2007, at Irvine, California.

Michele A. Pace

PROOF OF SERVICE