1  GLENN L. BRIGGS (SB# 174497)
   FRED L. WILKS (SB# 205403)
2  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
3  Irvine, CA 92618
   Telephone: (949) 450-8040
4  Facsimile: (949) 450-8033
   E-mail address: tkading@hbwllp.com
5
   Attorneys for Defendant
6  THRIFTY PAYLESS, INC. (ERRONEOUSLY SUED
   HEREIN AS "RITE AID CORPORATION")
7
   EUGENE T. FRANKLIN (SB# 124881)
8  FRANKLIN EMPLOYMENT LAW GROUP
   22762 Main Street
9  Hayward, CA 94541
   Telephone: (510) 538-0969
10 Facsimile: (510) 538-6502

11 Attorneys for Plaintiff
   BEATRICE J. HEWITT
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

| Beatrice J. Hewitt,                                      | CASE NO. C 06 3710 PJH |
|----------------------------------------------------------|------------------------|
| Plaintiff,                                               | JUDGE PHYLLIS J. HAMILTON<br>COURTROOM 3 |
| vs.                                                      | **STIPULATION AND [~~PROPOSED~~]**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |
| Rite Aid Corporation, a Delaware Corporation and DOES 1-50, inclusive, | |
| Defendants.                                              | |

24         Plaintiff Beatrice J. Hewitt (hereinafter, "Plaintiff") and Defendant
25 Thrifty Payless, Inc. (erroneously sued herein as "Rite Aid Corporation")
26 (hereinafter, "Defendant"), through their respective counsel, hereby stipulate as
27 follows:
28

23213_1

|    |    |
|----|----|
| 1  | WHEREAS, a mediation was held in this matter on March 19, 2007, at which the parties reached a settlement; |
| 2  | |
| 3  | |
| 4  | WHEREAS, the parties are in the process of preparing settlement documents and anticipate that a stipulation to dismissal with prejudice will be filed within 60 days; |

1  WHEREAS, a mediation was held in this matter on March 19, 2007, at
2  which the parties reached a settlement;
3
4  WHEREAS, the parties are in the process of preparing settlement
5  documents and anticipate that a stipulation to dismissal with prejudice will be filed
6  within 60 days;
7
8  THE PARTIES HEREBY STIPULATE that the Case Management
9  Conference currently scheduled for April 5, 2007, at 2:30 p.m. shall be continued to
10 ~~June 7, 2007~~, at 2:30 p.m.
    May 31, 2007
11
12
13  DATED: April 2, 2007        GLENN L. BRIGGS
                                FRED L. WILKS
14                              HODEL BRIGGS WINTER LLP
15
16              By: *Glenn Briggs /TK*
                    GLENN L. BRIGGS
17
    Attorneys for Defendant
18  THRIFTY PAYLESS, INC. (erroneously sued
    herein as "Rite Aid Corporation")
19
20  DATED: April __, 2007        EUGENE T. FRANKLIN
                                 FRANKLIN EMPLOYMENT LAW GROUP
21
22              By: *[signature]*
23                  EUGENE T. FRANKLIN
24  Attorneys for Plaintiff
    BEATRICE J. HEWITT
25
26
27
28

23213_1                          -2-

## ORDER

IT IS SO ORDERED.

Dated: 4/3/07



-3-

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF ORANGE           )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **April 2, 2007**, I served the foregoing document(s) described as: STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE on the interested parties by placing a true copy thereof in a sealed envelope(s) addressed as follows:

Eugene T. Franklin, Esq.
Franklin Employment Law Group
22762 Main Street
Hayward, CA 94541
Email: gfranklin3@sbcglobal.net
Telephone: (510) 538-0969
Facsimile: (510) 538-6502

☐ **VIA ELECTRONIC MAIL:**

Pursuant to C.R.C. 2060, I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is hdorris@hbwllp.com.

☐ **VIA FACSIMILE:**

I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (949) 450-8033. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on April 2, 2007 with postage thereon fully prepaid, at Irvine, California.

☒ **FEDERAL:**

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2007, at Irvine, California.

Michele A. Pace