GLENN L. BRIGGS (SB# 174497)
FRED L. WILKS (SB# 205403)
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033
E-mail address: tkading@hbwllp.com

Attorneys for Defendant
THRIFTY PAYLESS, INC. (ERRONEOUSLY SUED HEREIN AS "RITE AID CORPORATION")

EUGENE T. FRANKLIN (SB# 124881)
FRANKLIN EMPLOYMENT LAW GROUP
22762 Main Street
Hayward, CA 94541
Telephone: (510) 538-0969
Facsimile: (510) 538-6502

Attorneys for Plaintiff
BEATRICE J. HEWITT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatrice J. Hewitt,<br><br>      Plaintiff,<br><br>vs.<br><br>Rite Aid Corporation, a Delaware Corporation and DOES 1-50, inclusive,<br><br>      Defendants. | CASE NO. C 06 3710 PJH<br><br>JUDGE PHYLLIS J. HAMILTON<br>COURTROOM 3<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

      Plaintiff Beatrice J. Hewitt (hereinafter, "Plaintiff") and Defendant Thrifty Payless, Inc. (erroneously sued herein as "Rite Aid Corporation") (hereinafter, "Defendant"), through their respective counsel, hereby stipulate as follows:

24344_1

1  WHEREAS, a mediation was held in this matter on March 19, 2007, at
2  which the parties reached a settlement;

4  WHEREAS, the parties are in agreement on all terms and are awaiting
5  approval as to the workers' compensation portion of the settlement, including
6  approval by the workers' compensation insurance carrier;

8  THE PARTIES HEREBY STIPULATE that the Case Management
9  Conference currently scheduled for May 31, 2007, at 2:30 p.m. shall be continued
10 to July 5, 2007, at 2:30 p.m.

13 DATED: May 30, 2007         GLENN L. BRIGGS
                               FRED L. WILKS
                               HODEL BRIGGS WINTER LLP

16                             By: /s/ Glenn L. Briggs
                                   GLENN L. BRIGGS

17                             Attorneys for Defendant
18                             THRIFTY PAYLESS, INC. (erroneously sued
                               herein as "Rite Aid Corporation")

20 DATED: May 30, 2007         EUGENE T. FRANKLIN
                               FRANKLIN EMPLOYMENT LAW GROUP

23                             By: /s/ Eugene T. Franklin
                                   EUGENE T. FRANKLIN

24                             Attorneys for Plaintiff
                               BEATRICE J. HEWITT

24344_1                        -2-

**ORDER**

IT IS SO ORDERED.

Dated: 5/31/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton