1  GLENN L. BRIGGS (SB# 174497)
   FRED L. WILKS (SB# 205403)
2  THERESA KADING (SB# 211469)
   HODEL BRIGGS WINTER LLP
3  8105 Irvine Center Drive, Suite 1400
   Irvine, CA 92618
4  Telephone: (949) 450-8040
   Facsimile: (949) 450-8033
5  E-mail address: tkading@hbwllp.com

6  Attorneys for Defendant
   THRIFTY PAYLESS, INC. (ERRONEOUSLY SUED
7  HEREIN AS "RITE AID CORPORATION")

8  EUGENE T. FRANKLIN (SB# 124881)
   FRANKLIN EMPLOYMENT LAW GROUP
9  22762 Main Street
   Hayward, CA 94541
10 Telephone: (510) 538-0969
   Facsimile: (510) 538-6502

11

12 Attorneys for Plaintiff
   BEATRICE J. HEWITT

13            UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15 Beatrice J. Hewitt,                    CASE NO. C 06 3710 PJH

16            Plaintiff,                  JUDGE PHYLLIS J. HAMILTON
                                          COURTROOM 3
17      vs.
                                          **STIPULATION AND [PROPOSED]**
18 Rite Aid Corporation, a Delaware       **ORDER CONTINUING CASE**
   Corporation and DOES 1-50,             **MANAGEMENT CONFERENCE**
19 inclusive,

20            Defendants.

21

22

23

24         Plaintiff Beatrice J. Hewitt (hereinafter, "Plaintiff") and Defendant

25 Thrifty Payless, Inc. (erroneously sued herein as "Rite Aid Corporation")

26 (hereinafter, "Defendant"), through their respective counsel, hereby stipulate as

27 follows:

28

   24840_1

1    WHEREAS, a mediation was held in this matter on March 19, 2007, at

2 which the parties reached a settlement;

3

4    WHEREAS, the parties are in agreement on all terms and the

5 settlement agreement has been executed;

6

7    WHEREAS, the parties' settlement of this matter is dependent upon

8 the Workers' Compensation Appeals Board's approval of the Compromise and

9 Release of a workers' compensation matter pending between the parties;

10

11    WHEREAS, the parties have reached a settlement in the workers'

12 compensation matter, have an executed Compromise and Release in that matter,

13 and are only awaiting the Workers' Compensation Appeals Board's approval of that

14 Compromise and Release;

15

16    WHEREAS, the parties' counsel in the workers' compensation matter

17 have agreed to cooperate fully to obtain approval of the Compromise and Release

18 as quickly as possible and likely before July 5, 2007;

19

20    WHEREAS, as soon as the parties receive notice that the Compromise

21 and Release has been approved by the Workers' Compensation Appeals Board, a

22 Stipulation for Dismissal with Prejudice will be filed in this matter;

23

24    WHEREAS, the parties appreciate the Court's patience with the

25 complicating factor in this matter, which is the resolution of the pending workers'

26 compensation matter;

27

28

24840_1                                    -2-

1      THE PARTIES HEREBY STIPULATE that the Case Management

2   Conference currently scheduled for July 5, 2007, at 2:30 p.m. shall be continued to

3   July ~~19,~~ 2007, at 2:30 p.m.
            26

4

5

6   DATED:  June 27, 2007              GLENN L. BRIGGS
                                       THERESA A. KADING
7                                      HODEL BRIGGS WINTER LLP

8

9                                      By: _Theresa Kading_____
                                            THERESA A. KADING
10

11                                     Attorneys for Defendant
                                       THRIFTY PAYLESS, INC. (erroneously sued
                                       herein as "Rite Aid Corporation")
12

13   DATED:  June 27, 2007             EUGENE T. FRANKLIN
                                       FRANKLIN EMPLOYMENT LAW GROUP
14

15

16                                     By:_____
                                              EUGENE T. FRANKLIN
17

18                                     Attorneys for Plaintiff
                                       BEATRICE J. HEWITT

19

20

21

22

23

24

25

26

27

28

24840_1                          -3-

1       THE PARTIES HEREBY STIPULATE that the Case Management

2  Conference currently scheduled for July 5, 2007, at 2:30 p.m. shall be continued to

3  July 19, 2007, at 2:30 p.m.
           26

4

5

6  DATED:  June 27, 2007          GLENN L. BRIGGS
                                  THERESA A. KADING
7                                 HODEL BRIGGS WINTER LLP

8

9                                 By:_____
                                       THERESA A. KADING
10
                                  Attorneys for Defendant
11                                THRIFTY PAYLESS, INC. (erroneously sued
                                  herein as "Rite Aid Corporation")
12

13  DATED:  June 27, 2007          EUGENE T. FRANKLIN
                                   FRANKLIN EMPLOYMENT LAW GROUP
14
                                                        SBN 150320
15

16                                By: _____
                                       EUGENE T. FRANKLIN
17
                                  Attorneys for Plaintiff
18                                BEATRICE J. HEWITT

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

3          IT IS SO ORDERED.

4

5     Dated:  6/29/07
      _____

6                                        _____

7                                        PHYLLIS J. HAMILTON
                                         DISTRICT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24840_1                                    -4-

## PROOF OF SERVICE

STATE OF CALIFORNIA )
                     ) ss:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **June 28, 2007**, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** on the interested parties by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| |
|---|
| Eugene T. Franklin, Esq.<br>Franklin Employment Law Group<br>22762 Main Street<br>Hayward, CA 94541<br>Email: gfranklin3@sbcglobal.net<br>Telephone: (510) 538-0969<br>Facsimile:  (510) 538-6502 |

☐    **VIA ELECTRONIC MAIL:**

Pursuant to C.R.C. 2060, I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is hdorris@hbwllp.com.

☐    **VIA FACSIMILE:**

I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (949) 450-8033. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒    **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on June 28, 2007 with postage thereon fully prepaid, at Irvine, California.

☒    **FEDERAL:**

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 28, 2007, at Irvine, California.

Michele A. Pace

PROOF OF SERVICE