1  GLENN L. BRIGGS (SB# 174497)
   FRED L. WILKS (SB# 205403)
2  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
3  Irvine, CA 92618
   Telephone: (949) 450-8040
4  Facsimile: (949) 450-8033
   E-mail address: gbriggs@hbwllp.com
5
   Attorneys for Defendant
6  THRIFTY PAYLESS, INC. (ERRONEOUSLY SUED
   HEREIN AS "RITE AID CORPORATION")
7
   EUGENE T. FRANKLIN (SB# 124881)
8  FRANKLIN EMPLOYMENT LAW GROUP
   22762 Main Street
9  Hayward, CA 94541
   Telephone: (510) 538-0969
10 Facsimile: (510) 538-6502

11 Attorneys for Plaintiff
   BEATRICE J. HEWITT
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

| Beatrice J. Hewitt, | CASE NO. C 06 3710 PJH |
|---|---|
| Plaintiff, | JUDGE PHYLLIS J. HAMILTON |
| vs. | COURTROOM 3 |
| Rite Aid Corporation, a Delaware Corporation and DOES 1-50, inclusive, | **STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER |
| Defendants. | |

24771_1

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action be and hereby is
3  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

4
5
6  DATED: July 5, 2007          GLENN L. BRIGGS
                                FRED L. WILKS
7                               HODEL BRIGGS WINTER LLP
8
9                               By: /s/ Glenn Briggs / JK
                                    GLENN L. BRIGGS
10
                                Attorneys for Defendant
11                              THRIFTY PAYLESS, INC. (erroneously sued
                                herein as "Rite Aid Corporation")
12
13 DATED: June ___, 2007        EUGENE T. FRANKLIN
                                FRANKLIN EMPLOYMENT LAW GROUP
14
15
16                              By:_____
                                    EUGENE T. FRANKLIN
17
                                Attorneys for Plaintiff
18                              BEATRICE J. HEWITT
19
20
21
22
23
24
25
26
27
28

24771_1                         -2-

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action be and hereby is
3  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

6  DATED: June 5, 2007     GLENN L. BRIGGS
                           FRED L. WILKS
7                          HODEL BRIGGS WINTER LLP

9                          By:_____
                              GLENN L. BRIGGS

10                         Attorneys for Defendant
11                         THRIFTY PAYLESS, INC. (erroneously sued
                           herein as "Rite Aid Corporation")

13 DATED: June 5, 2007     EUGENE T. FRANKLIN
                           FRANKLIN EMPLOYMENT LAW GROUP
14

16                         By:_____
                              EUGENE T. FRANKLIN

17                         Attorneys for Plaintiff
18                         BEATRICE J. HEWITT

24771_1                    -2-

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: 7/6/07

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss:
COUNTY OF ORANGE          )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **July 5, 2007**, I served the foregoing document(s) described as **STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Eugene T. Franklin, Esq.<br>Franklin Employment Law Group<br>22762 Main Street<br>Hayward, CA 94541<br>Email: gfranklin3@sbcglobal.net<br>Telephone: (510) 538-0969<br>Facsimile: (510) 538-6502 | |

☐ **VIA ELECTRONIC MAIL:**

Pursuant to C.R.C. 2060, I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is hdorris@hbwllp.com.

☐ **VIA FACSIMILE:**

I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (949) 450-8033. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on July 5, 2007 with postage thereon fully prepaid, at Irvine, California.

☒ **FEDERAL:**

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 5, 2007, at Irvine, California.

_____
Michele A. Pace